# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GEORGE R. FELDT & CAROLYN J. FELDT (CONV TO CH 7 ONLY)   Case Number: 07-71696
301 LISTON AVENUE                SSN-xxx-xx-9877 & xxx-xx-2934
SOUTH BELOIT, IL  61080

Case filed on: 7/17/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,000.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY TERRENCE T MONAHAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE R. FELDT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 7,967.19 | 7,967.19 | 249.32 | 0.00 |
| 002 | AMCORE BANK NA | 9,545.84 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC | 13,067.44 | 6,911.00 | 216.27 | 0.00 |
| 004 | HARRIS TRUST & SAVINGS BANK | 15,000.00 | 15,000.00 | 469.41 | 0.00 |
| 005 | WELLS FARGO HOME MRTG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 45,580.47 | 29,878.19 | 935.00 | 0.00 |
| 003 | GMAC | 0.00 | 6,156.44 | 0.00 | 0.00 |
| 004 | HARRIS TRUST & SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 7,722.23 | 7,722.23 | 0.00 | 0.00 |
| 007 | B-REAL LLC | 6,078.31 | 6,078.31 | 0.00 | 0.00 |
| 008 | CHASE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIA CSNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST COMMUNITY CREDIT UNION | 2,383.48 | 2,383.48 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 4,954.20 | 4,954.20 | 0.00 | 0.00 |
| 012 | MONOGRAM BANK N AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | REAL TIME RESOLUTIONS, INC. | 53,630.14 | 53,630.14 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 4,396.75 | 4,396.75 | 0.00 | 0.00 |
|  | Total Unsecured | 79,165.11 | 85,321.55 | 0.00 | 0.00 |
|  | Grand Total: | 124,745.58 | 115,199.74 | 935.00 | 0.00 |

Total Paid Claimant:   $935.00
Trustee Allowance:     $65.00     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008        By  /s/Heather M. Fagan